**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SUSAN AGUIAR** *et al.*, <br><br> Plaintiff(s), <br><br> v. <br><br> **WELLS FARGO BANK, N.A.** *et al.*, <br><br> Defendant(s). | **Case No.: 12-CV-03653 YGR** <br><br> **ORDER REGARDING PLAINTIFF'S FAILURE TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

On July 25, 2012, Defendant Wells Fargo Bank, N.A. filed a Motion to Dismiss (Dkt. No. 7), which Defendant Regional Service Corporation joined (Dkt. No. 16). The hearing on the motion is set for October 9, 2012. Plaintiffs' opposition was due on August 17, 2012. (*See* Dkt. No. 11.)

To date, Plaintiffs have failed to oppose the Motion. <u>Plaintiffs shall file an opposition to the Motion to Dismiss no later than Friday, September 28, 2012. Failure to file an opposition by that date will result in dismissal of the action against Defendants for failure to prosecute.</u> Any reply to an opposition must be served and filed not more than 7 days after the opposition is served and filed. Civ. L.R. 7-3(c).

The hearing date of October 9, 2012 is hereby **VACATED**. The Court re-sets the hearing for October 30, 2012 at 2:00 p.m.

The parties' Stipulation to Continue the Date for Plaintiffs to File an Opposition (Dkt. No. 11) is **GRANTED**. Defendant's Motion to Appear by Telephone at the October 9, 2012 Hearing (Dkt. No. 18) is **DENIED AS MOOT**.

This Order Terminates Dkt. Nos. 11 & 18.

**IT IS SO ORDERED.**

Dated: September 20, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**