UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN AGUIAR and ROBERTO AGUIAR,<br><br>    Plaintiffs,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A. *et al.*,<br><br>    Defendant(s). | Case No.: 12-CV-03653 YGR<br><br>ORDER VACATING HEARING |

The court has reviewed the papers submitted by the parties in connection with Wells Fargo's Motion to Dismiss Complaint and has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the hearing set for October 30, 2012 is **VACATED**. The Court will issue a written decision on the papers.

IT IS SO ORDERED.

Date: October 26, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE