**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Susan Aguiar et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>Wells Fargo Bank, N.A. et al.,<br><br>    Defendants. | **Case No.: 14-CV-5875 YGR**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from November 5, 2012 to **Monday, January 14, 2013,** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.

**IT IS SO ORDERED.**

Date: October 26, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**